# Court of Appeals
# of the State of Georgia

ATLANTA, __ May 20, 2013 __

*The Court of Appeals hereby passes the following order:*

**A13D0386. W. CRAIG GREEN et al. v. MULLER REAL ESTATE HOLDINGS LLC.**

Before this Court is Marty Green's application for discretionary appeal. Green has failed to point to any evidence supporting the assertions in his application, and he cites no legal authority to support his claims of error. Green's application for discretionary appeal, therefore, is DENIED. See generally OCGA § 5-6-35 (c) (an application for discretionary appeal "should include a copy of the petition or motion which led directly to the order or judgment being appealed and a copy of any responses to the petition or motion); *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989) (holding that the "applicant bears the burden of demonstrating that the application should be granted," including providing necessary materials for the appellate court's review). Green's "Motion for Emergency Relief For Stay of Pending Orders and Eviction" is also DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __05/20/2013__
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*